IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID A. KIRKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:12-cv-00431 |
| | ) |
| DENSO MANUFACTURING TENNESSEE, INC., | ) (Varlan/Shirley) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties.

Submitted this 20th day of December 2012.

Respectfully submitted,

| | |
|---|---|
| s/ John C. Duffy | s/ Keith D. Frazier |
| (with permission by Keith D. Frazier) | Keith D. Frazier, TN Bar No. 012413 |
| John C. Duffy, TN Bar No. 010424 | Jennifer S. Rusie, TN Bar No. 026009 |
| P.O. Box 11007 | OGLETREE, DEAKINS, NASH, SMOAK & |
| Knoxville TN 37939-1007 | STEWART, P.C. |
| Telephone: 865.766.0904 | SunTrust Plaza |
| Facsimile: 865.766.0906 | 401 Commerce Street, Suite 1200 |
| | Nashville, TN 37219-2446 |
| Attorney for Plaintiff David A. Kirkland | Telephone: 615.254.1900 |
| | Facsimile: 615.254.1908 |
| | |
| | Attorneys for Defendant DENSO Manufacturing Tennessee, Inc. |

13964521.1 (OGLETREE)